Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>                       **Plaintiffs,**<br><br>                       v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>                       **Defendant.** | Case Nos.  5:14-cv-05484-EJD; 5:14-cv-05591-EJD; 5:14-cv-05621-EJD; 5:15-cv-00521-EJD; 5:15-cv-01324-EJD<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>Date:          September 10, 2015<br>Time:         9:00 a.m.<br>Courtroom:  4<br>Judge:        Hon. Edward J. Davila |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

Stipulation And [Proposed] Order Extending Briefing Schedule For Defendant's Motion To Stay Discovery

| | |
|---|---|
| 1<br>2 | **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,** |
| 3 |       **Plaintiffs,** |
| 4 |   v. |
| 5<br>6 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 7 |       **Defendant.** |
| 8 | **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,** |
| 9 |       **Plaintiffs,** |
| 10 |   v. |
| 11<br>12 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 13 |       **Defendant.** |
| 14 | **Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,** |
| 15 |       **Plaintiffs,** |
| 16 |   v. |
| 17<br>18 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 19 |       **Defendant.** |
| 20<br>21 | **Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,** |
| 22 |       **Plaintiffs,** |
| 23 |   v. |
| 24<br>25 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 26 |       **Defendant.** |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

1  Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Vazquez, Dennis Hallman, Brandon Vera,
2  Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama (collectively,
3  "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC
4  ("Defendant"), pursuant to Civil Local Rule 6-2, request that the Court enter the parties' stipulation
5  below extending the time for Plaintiffs to respond to the Defendant's Motion to Stay Discovery (the
6  "Stipulation").

## FACTS UNDERLYING THE PARTIES' STIPULATION

In support of their Stipulation, the parties offer the following facts:

A.  Between December 16, 2014 and April 2, 2015, Plaintiffs filed five related class actions against Defendant.

B.  On January 15, 2015, the parties stipulated that Defendant would respond to Plaintiffs' Complaints by February 27, 2015.

C.  On January 30, 2015, Defendant filed a Motion to Transfer Venue to the District of Nevada. This Motion is fully briefed and was argued and submitted on May 7, 2015.

D.  On February 27, 2015, Defendant filed a Motion to Dismiss. This Motion is fully briefed. The hearing on the motion is set for July 23, 2015.

E.  On May 13, 2015, Defendant filed a Motion to Stay Discovery pending the Court's decisions on Defendant's Motion to Dismiss and its Motion to Transfer Venue.

F.  Pursuant to Civil Local Rule 7-3(a), Plaintiffs' Opposition to Defendant's Motion to Stay is due on May 27, 2015.

G.  The parties agree that party and judicial efficiency would be best served by permitting Plaintiffs to have an extension to file their Opposition to Defendant's Motion to Stay Discovery and a concomitant extension for the Defendant to file its Reply brief.

H.  No previous extension has been sought as to this motion. This extension does not affect the noticed hearing date or any other proceeding on the Court's calendar.

## STIPULATION

In light of the above facts, the parties jointly request that the Court enter the following Stipulation as the Order of the Court.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY
5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

1. Plaintiffs shall file their Opposition to Defendant's Motion to Stay Discovery on or before June 3, 2015. The brief shall not exceed 25 pages.

2. Defendant shall file its Reply on or before June 17, 2015. The brief shall not exceed 15 pages.

3. Nothing in this Stipulation precludes Plaintiffs or Defendant from seeking to amend the filing deadlines set forth herein as permitted under the Local Rules if circumstances warrant.

IT IS SO STIPULATED.

DATED: May 22, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:     /s/ Joseph R. Saveri
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Richard A. Koffman (*pro hac vice*)
Hiba Hafiz (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

2
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY
5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

| | |
|---|---|
| 1 | Eric L. Cramer (*pro hac vice*) |
| | Michael Dell'Angelo (*pro hac vice*) |
| 2 | Patrick Madden (*pro hac vice*) |
| 3 | BERGER & MONTAGUE, P.C. |
| | 1622 Locust Street |
| 4 | Philadelphia, PA 19103 |
| | Telephone: (215) 875-3000 |
| 5 | Facsimile:  (215) 875-4604 |
| | ecramer@bm.net |
| 6 | mdellangelo@bm.net |
| 7 | pmadden@bm.net |
| 8 | Robert C. Maysey (State Bar No. 205769) |
| | Jerome K. Elwell (*pro hac vice*) |
| 9 | WARNER ANGLE HALLAM JACKSON & |
| | FORMANEK PLC |
| 10 | 2555 E. Camelback Road, Suite 800 |
| 11 | Phoenix, AZ 85016 |
| | Telephone: (602) 264-7101 |
| 12 | Facsimile:  (602) 234-0419 |
| | rmaysey@warnerangle.com |
| 13 | jelwell@warnerangle.com |
| 14 | |
| | Eugene A. Spector (*pro hac vice* pending) |
| 15 | Jeffrey J. Corrigan (*pro hac vice* pending) |
| | Jay S. Cohen (*pro hac vice* pending) |
| 16 | William G. Caldes (*pro hac vice* pending) |
| | SPECTOR ROSEMAN KODROFF & WILLIS, P.C. |
| 17 | 1818 Market Street – Suite 2500 |
| 18 | Philadelphia, PA 19103 |
| | Telephone: (215) 496-0300 |
| 19 | Facsimile:  (215) 496-6611 |
| | espector@srkw-law.com |
| 20 | jcorrigan@srkw-law.com |
| | jcohen@srkw-law.com |
| 21 | wcaldes@srkw-law.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY
5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

1  Frederick S. Schwartz (State Bar No. 145351)
   LAW OFFICE OF FREDERICK S. SCHWARTZ
2  15303 Ventura Boulevard, #1040
   Sherman Oaks, CA 91403
3  Telephone: (818) 986-2407
   Facsimile:  (818) 995-4124
4  fred@fredschwartzlaw.com

5
   *Attorneys for Individual and Representative
6  Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis
   Javier Vazquez, Dennis Lloyd Hallman, Brandon
7  Vera, Pablo Garza, Gabe Ruediger, Mac Danzig,
   Kyle Kingsbury, and Darren Uyenoyama*
8

9

10  BOIES, SCHILLER & FLEXNER LLP

11  By:      */s/ William A. Isaacson*
                 William A. Isaacson
12

13  William A. Isaacson (*Pro Hac Vice*)
    5301 Wisconsin Ave, NW
14  Washington, DC 20015
    Telephone: (202) 237-2727;
15  Facsimile:  (202) 237-6131
    wisaacson@bsfllp.com
16
    John F. Cove, Jr. (State Bar No. 212213)
17  BOIES, SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900
18  Oakland, CA 94612
    Telephone: (510) 874-1000;
19  Facsimile:  (510) 874-1460
    jcove@bsfllp.com
20
    Richard J. Pocker (State Bar No. 114441)
21  BOIES, SCHILLER & FLEXNER LLP
    300 South Fourth Street, Suite 800
22  Las Vegas, NV 89101
    Telephone: (702) 382 7300;
23  Facsimile:  (702) 382 2755
    rpocker@bsfllp.com
24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY
5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

Donald J. Campbell (*Pro Hac Vice* to be filed)
J. Colby Williams (*Pro Hac Vice* to be filed)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222;
Facsimile:  (702) 382-0540
DJC@campbellandwilliams.com
JCW@campbellandwilliams.com

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

Pursuant to Local Rule 5.1(i)(3), I attest that all of the above signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 22, 2015                     By:  */s/ Joseph R. Saveri*
                                              Joseph R. Saveri

5

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY
5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/26/2015_____   By: _____[signature]_____
                                                 Honorable Edward J. Davila
                                                 United States District Judge

6

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STAY DISCOVERY
5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD